UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JIMMY ZAPATA,

                Petitioner,

  -against-

GARY GREENE, Superintendent,
Meadow Correctional Facility,

                Respondent.
-----------------------------------------------------------X

JUDGMENT
03-CV-5730 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 8 2005 ★
TIME A.M. _____ P.M. _____

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 27, 2005, denying petitioner's petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       June 27, 2005

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court